Entered on Docket
September 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: September 09, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  Vy T. Pham, Esq.
   California Bar No. 249911
2  MILES, BAUER, BERGSTROM &
      WINTERS, LLP
3  1231 E. Dyer Road, Suite 100
   Santa Ana, CA  92705
4  (714) 481-9100
   FAX (714) 481-9144
5  File No. 10-03007

6  Attorneys for Movant,
   THE BANK OF NEW YORK
7  MELLON FKA THE BANK OF
   NEW YORK, AS TRUSTEE FOR
8  THE CERTIFICATEHOLDERS,
   CWABS, INC., ASSET-BACKED
9  CERTIFICATES SERIES 2007-6

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| In re: | Case No.: 10-12756 AJ |
|---|---|
| STEPHEN S. WEITZEL, | Chapter 7 |
|  | R.S. No. N/A |
| Debtor. | **Hearing –** |
|  | Date: September 7, 2010 |
|  | Time: 9:00 A.M. |
|  | Place: U.S. BANKRUPTCY COURT |
|  | 99 South "E" Street |
|  | Santa Rosa, CA  95404 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
### [UNLAWFUL DETAINER]

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2007-6's Motion for Relief from Automatic Stay came on regularly for hearing on September 7, 2010 at 9:00 A.M. before the Hon. Alan Jaroslovsky.  All appearances were as noted in the Court's record.

Based upon the pleadings contained herein and oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished as to Movant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2007-6, its assignees and/or successors in interest, and Movant may proceed to obtain possession of the subject property, generally described as **5235-5237 Faught Rd, Santa Rosa, CA 95403** ("Property" herein).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

EXHIBIT LEGAL DESCRIPTION for the Proposed Order Docket Entry # 18

\*\* END OF ORDER \*\*

**(10-03007/ndots.dot/rma)**