ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN S. WEITZEL,<br><br>                Debtor.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees,<br><br>                Movant,<br><br>vs.<br><br>STEPHEN S. WEITZEL, Debtor, and Jeffry Locke, Trustee,<br><br>                Respondents. | Bankruptcy Case No. 10-12756<br><br>RS No.   ETL-480<br><br>Chapter 7<br><br>**JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE:  October 21, 2010<br>TIME:  9:00 a.m.<br>CTRM: |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

        JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("JPMORGAN CHASE BANK"), and its successors and/or assignees, hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly

known as 844 Pine Street, Red Bluff, CA 96080.

JPMORGAN CHASE BANK requests relief from stay in the above numbered Chapter 7 case because there is no equity in the Property to benefit the Debtor or the estate and Movant's interest is not protected by an adequate equity cushion.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: September 23, 2010          Respectfully Submitted,

                                       MALCOLM ♦ CISNEROS, A Law Corporation

                                       By: /s/ *Erica T. Loftis*
                                            ERICA T. LOFTIS
                                            Attorneys for Movant