UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  )  Bankruptcy No.: 10-12756
STEPHEN S. WEITZEL  )  Hearing Date: October 21, 2010
 )  Time: 9:00 a.m.
 )  RS No. ETL-480
Debtor.  )

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: July 22, 2010   Chapter: 7
    Prior hearings on this obligation:   Last Day to File §523/§727 Complaints: 10/25/10

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):
    Secured Creditor [ ] or lessor [ ]
    Fair Market Value: $ _____   Source of Value: _____
    Current Balance: $ _____   Pre-Petition Default: $ _____
    Monthly Payment: $ _____   No. of Months: _____
    Insurance Advance: $ _____   Post-Petition Default: $ _____
        No. of Months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
    844 Pine Street, Red Bluff, CA 96080

    Fair Market Value: $ 100,000.00   Source of Value: Debtor's Schedules
        If appraisal, date:
    Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

    Approx. Bal: $ 100,493.80   Pre-Petition Default: $ 7,012.74
    As of (date): August 5, 2010   No. of Months: 9
    Mo. Payment: $764.29   Post-Petition Default: $ 764.29
    Notice of Default (date): March 15, 2010   No. of Months: 1
    Notice of Trustee's Sale: June 17, 2010   Advances Senior Liens: _____

    Specify name and status of other liens and encumberances, if known (e.g., trust deeds, tax liens, etc.):

    | Position | Amount | No. Payment | Defaults |
    |---|---|---|---|
    | 1st Trust Deed: | $ 100,493.80 | 10 | $ 7,777,03 |
    | 2nd Trust Deed: | $ | | $ |
    | | $ | | $ |
    | | $ | | $ |
    | (Total) | $ 100,493.80 | 10 | $ 7,777,03 |

(D) Other Pertinent Information: There is no equity in the property and it is not necessary for reorganization- 362(d)(2). Movant lacks adequate equity cushion-362(d)(1).

Dated: September 23, 2010

S/ *Erica T. Loftis*
Signature
ERICA T. LOFTIS
Print or Type Name
Attorney for: JPMORGAN CHASE BANK

Case: 10-12756   Doc# 23-1   Filed: 09/24/10   Entered: 09/24/10 13:56:37   Page 1 of 1